## UNITED STATES BANKRUPTCY COURT
## OF THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **IN RE**: | ) | |
| **ERIC B. HAYES** | ) | **CHAPTER 13** |
| **JENNIFER L. HAYES** | ) | **CASE NO. 13-40815** |
| **Debtor(s)** | | |

## SCHEDULE OF ALLOWED CLAIMS

Debtor(s) by counsel, states that the following claims have been duly proven, and should be allowed as unsecured and paid in accordance with the Order of Confirmation. See Attached Claims Register.

Dated: January 8, 2014                    _____/s/_____
                                                                        Mark Little
                                                                        *Attorney For The Debtor(s)*
                                                                        44 Union Street
                                                                        Madisonville, KY 42431
                                                                        (270) 821-0110

# Western District of Kentucky
# Claims Register

### 13-40815-acs Eric B. Hayes and Jennifer L. Hayes

**Judge:** Alan C. Stout  **Chapter:** 13

**Office:** Owensboro  **Last Date to file claims:** 12/09/2013

**Trustee:** William W. Lawrence -13  **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (5289851)<br>AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | **Claim No: 1**<br>*Original Filed Date:* 07/30/2013<br>*Original Entered Date:* 07/30/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Crystal Stephens<br>*Modified:* |
| Amount claimed: $468.65 | | |

*History:*
Details  1-1  07/30/2013  Claim #1 filed by AT&T Mobility II LLC, Amount claimed: $468.65 (Stephens, Crystal )
*Description:*
*Remarks:* ok pay 26% or $121.85

| | | |
|---|---|---|
| *Creditor:* (5290065)<br>Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | **Claim No: 2**<br>*Original Filed Date:* 07/31/2013<br>*Original Entered Date:* 07/31/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mary Martinez<br>*Modified:* |
| Amount claimed: $15196.56<br>Secured claimed: $15196.56 | | |

*History:*
Details  2-1  07/31/2013  Claim #2 filed by Santander Consumer USA, Amount claimed: $15196.56 (Martinez, Mary )
*Description:* (2-1) 08 CHEVROLE IMPALA 2G1WB58NX89124689 BLUE
*Remarks:* per oc pay $15,196.56 at 4% interest

| | | |
|---|---|---|
| *Creditor:* (5297135)<br>World Finance Corporation<br>335 East Center St.<br>Madisonville, KY 42431 | **Claim No: 3**<br>*Original Filed Date:* 08/07/2013<br>*Original Entered Date:* 08/07/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Judson Chapin<br>*Modified:* |
| Amount claimed: $1033.83<br>Secured claimed: $1033.83 | | |

*History:*
Details  3-1  08/07/2013  Claim #3 filed by World Finance Corporation, Amount claimed: $1033.83 (Chapin, Judson )
*Description:*

*Remarks:* per oc pay $1,033.83 at 0% interest

| *Creditor:* (5301878) USDA Rural Housing Services Centralized Servicing Center 4300 Goodfellow Blvd, Bldg 105 FC-211 St. Louis, MO 63120-1703 | **Claim No: 4** *Original Filed Date*: 08/14/2013 *Original Entered Date*: 08/14/2013 | *Status:* *Filed by:* CR *Entered by:* William McClain *Modified:* |
|---|---|---|
| Amount  claimed: $103612.79 Secured claimed: $103612.79 | | |

*History:*

Details    4-1  08/14/2013  Claim #4 filed by USDA Rural Housing Services, Amount claimed: $103612.79 (McClain, William )

doc  08/14/2013  Notice of Mortgage Payment Change (Claim # 4) Filed by Creditor USDA Centralized Servicing Center *USDA*. Filed by Creditor USDA Centralized Servicing Center (McClain, William)

*Description:* (4-1) Real Estate Mortgage - Property
*Remarks:* (4-1) Secured Proof of Claim; per oc to be paid directly except arrearage; pay arrearage in the amount of $1,420.82 at 0% interest

| *Creditor:* (5306872) BAPTIST HEALTH MADISONVILLE INC C/O LOGAN MORTON & RATLIFF PO BOX 429 MADISONVILLE, KY 42431 | **Claim No: 5** *Original Filed Date*: 08/21/2013 *Original Entered Date*: 08/21/2013 | *Status:* *Filed by:* CR *Entered by:* Leif C. Ratliff *Modified:* |
|---|---|---|
| Amount claimed: $11127.79 | | |

*History:*

Details    5-1  08/21/2013  Claim #5 filed by BAPTIST HEALTH MADISONVILLE INC, Amount claimed: $11127.79 (Ratliff, Leif )

*Description:* (5-1) MEDICAL SERVICES PERFORMED
*Remarks:* see objection

| *Creditor:* (5306876) United Consumer Financial Services Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | **Claim No: 6** *Original Filed Date*: 08/21/2013 *Original Entered Date*: 08/21/2013 | *Status:* *Filed by:* CR *Entered by:* Ashley Burleigh *Modified:* |
|---|---|---|
| Amount  claimed: $2181.27 Secured claimed: $1900.00 | | |

*History:*

Details    6-1  08/21/2013  Claim #6 filed by United Consumer Financial Services, Amount claimed: $2181.27 (Burleigh, Ashley )

| | | |
|---|---|---|
| *Description:* | | |
| *Remarks:* per oc pay $10.00 at 0% interest; pay 26% of remaining balance or $564.53 | | |

| *Creditor:*    (5324273)<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 7**<br>*Original Filed Date*: 09/16/2013<br>*Original Entered Date*: 09/16/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Dhar Sandhu<br>*Modified:* |
|---|---|---|
| Amount claimed: $194.88 | | |

*History:*

Details   7-1   09/16/2013  Claim #7 filed by Quantum3 Group LLC as agent for, Amount claimed: $194.88 (Sandhu, Dhar )

*Description:* (7-1) Unsecured Debt
*Remarks:* ok pay 26% or $50.67

| *Creditor:*    (5367361)<br>ALTAIR OH XIII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | **Claim No: 8**<br>*Original Filed Date*: 11/14/2013<br>*Original Entered Date*: 11/14/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Larry E. Johnson<br>*Modified:* |
|---|---|---|
| Amount claimed: $2698.18 | | |

*History:*

Details   8-1   11/14/2013  Claim #8 filed by ALTAIR OH XIII, LLC, Amount claimed: $2698.18 (Johnson, Larry )

*Description:*
*Remarks:* see objection

| *Creditor:*    (5378683)<br>American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | **Claim No: 9**<br>*Original Filed Date*: 11/29/2013<br>*Original Entered Date*: 11/29/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lovetta Walls<br>*Modified:* |
|---|---|---|
| Amount claimed: $914.47 | | |

*History:*

Details   9-1   11/29/2013  Claim #9 filed by American InfoSource LP as agent for, Amount claimed: $914.47 (Walls, Lovetta )

*Description:*
*Remarks:* see objection

# Claims Register Summary

**Case Name:** Eric B. Hayes and Jennifer L. Hayes
**Case Number:** 13-40815-acs
**Chapter:** 13
**Date Filed:** 07/25/2013
**Total Number Of Claims:** 9

| Total Amount Claimed* | $137428.42 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $121743.18 | |
| **Priority** | | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/06/2014 14:46:34 | | | |
| **PACER Login:** | ml0227 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 13-40815-acs Filed or Entered From: 1/1/1975 Filed or Entered To: 12/31/2014 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |